## STEPNEY v. DANIELSON.

No. 6258.   Opinion Filed February 29, 1916.

(155 Pac. 879.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** Where the plaintiff in error appealed and filed the record in this court, and served and filed a brief, in compliance with the rules, and defendant in error has neither filed a brief nor offered any excuse for his failure so to do, this court is not required to search the record to find some theory upon which the judgment may be sustained; and where the brief reasonably appears to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the petition of the plaintiff in error.

(Syllabus by Bleakmore, C.)

*Error from District Court, Seminole County;*
*Tom D. McKeown, Judge.*

Action by Fred Stepney against Allen Danielson. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

*J. A. Baker,* for plaintiff in error.

Opinion by BLEAKMORE, C. This case presents error from the district court of Seminole county, wherein there was judgment for the defendant in error. Plaintiff in error has perfected an appeal to this court, and in com-

pliance with the rules has served and filed a brief herein, but the defendant in error has neglected to serve and file a brief, and has offered no excuse for his failure so to do.

We have carefully examined the record, and are of opinion that the brief amply sustains the assignments of error; therefore, under the established doctrine, this court is not required to search the record to find some theory upon which the judgment of the trial court may be sustained, but may reverse the judgment in accordance with the prayer of the petition of the plaintiff in error.

The judgment of the trial court should, therefore, be reversed, and the cause remanded.

By the Court:  It is so ordered.